**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GUANGRUI CHEN,<br><br>Plaintiff.<br><br>v.<br><br>PAMELA BONDI, ALISSA EMMEL, JOSEPH B. EDLOW, MARKWAYNE MULLIN, and ROBERT FRAZER<br><br>Defendant. | Civil Action No. 26-03332 (SDW)<br><br>**ORDER**<br><br>November 20, 2026 |

**WIGENTON**, District Judge.

Before this Court is Defendants' Motion to Dismiss the Complaint for lack of jurisdiction and failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). Plaintiff filed the complaint (D.E. 1 ("Complaint")) on March 28, 2026, and filed proof of service on April 30, 2026 (D.E. 3). Defendants filed their motion to dismiss on June 29, 2026. (D.E. 6.) The motion was fully briefed after Defendants failed to file a reply to Plaintiff's opposition by the Court's August 17, 2026, deadline. (*See* D.E. 9 (extending deadline for reply to August 17, 2026).) While the motion to dismiss was pending, USCIS processed Plaintiff's I-526E petition for non-immigrant visa, providing the relief requested in the complaint. (D.E. 12; Compl. at 11). Based on the foregoing,

**IT IS** on this 20th day of November 2026,

**ORDERED** that Defendant's Motion to Dismiss the Complaint for failure to state a claim under Rule 12(b)(6) is **DENIED** as moot.

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**; and

**ORDERED** that the case shall be closed.

**SO ORDERED.**

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties